### WILLIAMS v. IRVING.

*Judgment — discharging upon conflicting affidavits. Practice.*

Defendant claimed that a judgment against him for $14,000 had been compromised and settled, and plaintiff denied the same. The preponderance of evidence, considering the affidavits only, was with defendant. *Held*, that it was not provident to discharge so large a judgment upon merely weighing conflicting affidavits.

APPEAL from an order setting aside supplementary proceedings and ordering a judgment to be discharged. The judgment was recovered on the 19th of July, 1862, by Joseph Williams against James Irving, and was for $14,449.11, and with interest amounted, at the time of the order, to over $25,000.

*Thomas Stevenson*, for appellant.

*Garvin, Fellows & Brooke*, for respondent.

DAVIS, P. J.

The head-note contains a statement of all that is material in the opinion.

*Order modified.*